IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>5STARAUTOPARTS2015, et al.,<br><br>        Defendants. | Case No. 19-cv-07978<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Volkswagen Group of America, Inc. ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| 5starautoparts2015 | 1 |
| onypeiautoparts66 | 72 |

Dated this 13th day of March 2020.       Respectfully submitted,

/s/ Allyson Martin_____
Amy C. Ziegler
Justin R. Gaudio
Allyson Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Volkswagen Group of America, Inc.*