IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>5STARAUTOPARTS2015, et al.,<br><br>   Defendants. | Case No. 19-cv-07978<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Volkswagen Group of America, Inc. ("Plaintiff") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| bestbuy_ca | 16 |
| electronics_fans | 41 |
| smart_gogo | 83 |
| yoyomater | 103 |

Dated this 10th day of June 2020.  Respectfully submitted,

  /s/ Allyson Martin_____
  Amy C. Ziegler
  Justin R. Gaudio
  Allyson Martin
  Greer, Burns & Crain, Ltd.
  300 South Wacker Drive, Suite 2500
  Chicago, Illinois 60606
  312.360.0080 / 312.360.9315 (facsimile)
  aziegler@gbc.law
  jgaudio@gbc.law
  amartin@gbc.law

  *Counsel for Plaintiff Volkswagen Group of America, Inc.*

1