**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| Volkswagen Group of America, Inc., | ) | |
|       Plaintiff | ) | |
| v. | ) | |
| The Partnerships and Unincorporated | ) | **Case No.: 19-cv-07978** |
| Associations Identified on Schedule "A" | ) | **Judge Robert W. Gettleman** |
|       Defendant; | ) | **Magistrate Judge Jeffrey T. Gilbert** |
| | ) | |
| yhz_68 | ) | |
|       Defendant. | ) | |
| | ) | |

**DEFENDANT'S SECOND MOTION FOR RECUSAL**

Defendant, again, moves this Honorable Court to recuse the Honorable Judge Robert W. Gettleman.

The above-mentioned Judge, on June 11, 2020, signed a Final Judgment Order presented by Plaintiff on June 10, 2020, without following the timetable provided by Fed. R. Civ. P. 55(b)(2) or holding any hearings to this matter. To Defendant's best knowledge, the Honorable Judge Robert W. Gettleman has shown flawless bias on this Case.

1

Defendant hereby urges this Court to appoint a new judge or a committee to review this Motion for Recusal and recuses the Honorable Judge Robert W. Gettleman.

This date of June 15, 2020.             Respectfully submitted;


/s/ZHUO YU HANG _____

lawmanslaw@163.com