UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Volkswagen Group of America, Inc.

                              Plaintiff,

v.

                              Case No.: 1:19−cv−07978

                              Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 15, 2020:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendant yhz_68's motion to set aside the final judgment order [74] and Defendant yhz_68's second motion for recusal [75] are denied. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.